JS-6

SONNENSCHEIN NATH & ROSENTHAL LLP
MARTIN J. FOLEY (State Bar No. 64083)
mfoley@sonnenschein.com
DAVID S. ALVERSON (State Bar No. 198885)
dalverson@sonnenschein.com
MATTHEW C. WOLF (State Bar No. 223051)
mwolf@sonnenschein.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Cross-Claim Defendants
SANCTUARY MUSIC PUBLISHING
LIMITED, SANCTUARY GROUP INC.,
SANCTUARY KOBALT (W.A.R.)
LIMITED, SANCTUARY ARTIST
MANAGEMENT INC., BRAVADO
INTERNATIONAL GROUP LIMITED, and
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| SAUL HUDSON p/k/a SLASH, an individual; MICHAEL McKAGAN p/k/a DUFF, an individual; and GUNS N' ROSES, a California General Partnership,,<br><br>Plaintiffs,<br><br>vs.<br><br>W. AXL ROSE, an individual, BLACK FROG ENTITIES, INC. (aka BLACK FROG ENTITIES and dba BLACK FROG PUBLISHING), a California corporation, SANCTUARY MUSIC PUBLISHING LIMITED, a British company; SANCTUARY GROUP INC., a Delaware corporation; SANCTUARY KOBALT (W.A.R.) LIMITED, a British company; | No. CV 07-4894 GW (JCx)<br><br>ORDER UPON STIPULATION FOR DISMISSAL OF CROSS-CLAIM WITH PREJUDICE AGAINST SANCTUARY MUSIC PUBLISHING LIMITED, SANCTUARY GROUP INC., SANCTUARY KOBALT (W.A.R.) LIMITED, SANCTUARY ARTIST MANAGEMENT INC., BRAVADO INTERNATIONAL GROUP LIMITED, AND BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.<br><br>[Fed. R. Civ. P. 41(a)(1)] |

- 1 -

| | |
|---|---|
| SANCTUARY ARTIST MANAGEMENT, INC., a Delaware corporation; BRAVADO INTERNATIONAL GROUP, a British company; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California corporation; and DOES 1-10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM AND CROSS-CLAIM | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and stipulation of the parties, the Court orders as follows:

1. The cross-claim filed by W. Axl Rose and Black Frog Entities, Inc. against Sanctuary Music Publishing Limited, Sanctuary Group Inc., Sanctuary Kobalt (W.A.R.) Limited, Sanctuary Artist Management Inc., Bravado International Group Limited (sued herein as "Bravado International Group") and Bravado International Group Merchandising Services Inc., is hereby DISMISSED WITH PREJUDICE.

2. Each party shall bear his/its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 25, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

30327

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 S. FIGUEROA ST., SUITE 2500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300